WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DIANA LYNN MAY,**                                             Case No. 3:11-cv-00013-HA

   Plaintiff,

vs.                                                                                      ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $6,195.71 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 3 day of Oct, 2012.

_____
United States District Judge

Submitted on September 24, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1